Karl O. Riley
Nevada Bar No. 12077
COZEN O'CONNOR
3753 Howard Hughes Pkwy, Suite 200
Las Vegas, NV 89169
Telephone: 702.470.2330
Facsimile: 702.470.2370

*Attorney for Defendant JPMorgan Chase Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Preston Rezaee,<br><br>    Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.; Equifax Information Services, LLC; Trans Union LLC;<br><br>    Defendants. | CASE NO.: 2:22-cv-00667-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

Under Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Preston Rezaee and Defendant JPMorgan Chase Bank, N.A, by and through its undersigned counsel, hereby stipulate and agree that the claims asserted by Plaintiff against JPMorgan Chase Bank, N.A. be dismissed in their

///

///

///

entirety with prejudice, with each party to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated: September 23, 2022<br><br>s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>LAW OFFICE OF KEVIN L. HERNANDEZ<br>8920 W. Tropicana Ave., Suite 101<br>Las Vegas, NV 89147<br>T: 702-563-4450<br>F: 702-552-0408<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* | Dated: September 23, 2022<br><br>/s/ Karl O. Riley<br>Karl O. Riley<br>Nevada Bar No. 12077<br>COZEN O'CONNOR<br>3753 Howard Hughes Pkwy, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 470-2330<br>koriley@cozen.com<br>*Attorney for Defendant JPMorgan Chase Bank, N.A.* |
| Dated: September 23, 2022<br><br>s/ Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>Clark Hill<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br>Telephone: 702-862-8300<br>Fax: 702-862-8400<br>gmarina@clarkhill.com<br><br>*Attorney for Defendant Equifax Information Services, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

Dated: _____

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of September, 2022.